UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, et al.<br>*ex rel.* Tricia Nowak & Enda Dodd<br><br>           Plaintiffs,<br><br>v.<br><br>MEDTRONIC, INC.<br><br>           Defendant. | Case Nos. 1:08-cv-10368 and<br>09-cv-11625 (DPW) |

## UNITED STATES OF AMERICA'S MOTION FOR LEAVE TO FILE STATEMENT OF INTEREST ON DEFENDANT'S MOTION TO DISMISS

The United States hereby requests leave of court to file, pursuant to 28 U.S.C. § 517, the attached Statement of Interest on Defendant's Motion to Dismiss. While the United States has not intervened in this action brought under the False Claims Act, 31 U.S.C. §§ 3729 *et seq.* ("FCA"), it remains a real party in interest. The United States relies on the FCA to redress fraud on the government and it is concerned that the Court's acceptance of certain arguments presented in the defendant's motion to dismiss could harm the government's efforts to combat fraud in ongoing and future cases.

WHEREFORE, the United States respectfully requests leave of court to file the attached Statement of Interest on Defendant's Motion to Dismiss.

Respectfully submitted,

TONY WEST
Assistant Attorney General

CARMEN M. ORTIZ
United States Attorney

 */s/ Donald J. Savery*
DONALD J. SAVERY
United States Attorney's Office
John Joseph Moakley United States Courthouse
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
phone:(617) 748-3336
fax:  (617) 748-3971
email:  donald.savery@usdoj.gov


JOYCE R. BRANDA
ALAN E. KLEINBURD
ADAM J. SCHWARTZ
Attorneys, Civil Division
United States Department of Justice
P.O. Box 261, Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 514-6831
Facsimile: (202) 514-0280

Counsel for the United States

July 2, 2010

**L.R. 7.1(A)(2) Certification**

The undersigned counsel for the United States of America hereby certifies that he conferred with counsel for the relator on July 2, 2010, and attempted to contact counsel for the defendant by telephone and email on the same date, in an attempt to resolve or narrow the issues presented in this motion. The relator assents to the relief requested in this motion.

                                        */s/ Donald J. Savery*
                                        DONALD J. SAVERY
                                        Assistant U.S. Attorney

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on July 2, 2010.

                                          */s/ Donald J. Savery*
                                        DONALD J. SAVERY
                                        Assistant U.S. Attorney